| | |
|---|---|
| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **2:09−bk−07088−RJH** |

UNITED STATES BANKRUPTCY COURT District of Arizona

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 4/10/09 and was converted to a case under chapter 7 on 2/18/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CARMEN ROSA LANTIGUA
1109 N. 35TH STREET
PHOENIX, AZ 85008

| Case Number:<br>2:09−bk−07088−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2919 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>S. WILLIAM MANERA<br>P.O. BOX 44350<br>PHOENIX, AZ 85064−4350<br>Telephone number: 602−795−2796 |

## Meeting of Creditors

Date: **March 26, 2010**  Time: **11:30 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/25/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 2/19/10 |

# EXPLANATIONS                                           B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: brennerc               Page 1 of 2              Date Rcvd: Feb 19, 2010
Case: 09-07088                 Form ID: b9a                 Total Noticed: 30
```

The following entities were noticed by first class mail on Feb 21, 2010.
```
db          +CARMEN ROSA LANTIGUA,   1109 N. 35TH STREET,   PHOENIX, AZ 85008-5209
aty          JOSEPH W. CHARLES,   LAW OFFICES OF JOSEPH W. CHARLES, P.C.,   PO BOX 1737,
               GLENDALE, AZ 85311-1737
aty         +MARK 1 BOSCO,   TIFFANY & BOSCO, P.A.,   2525 EAST CAMELBACK ROAD,   SUITE 300,
               PHOENIX, AZ 85016-9240
aty         +MARK 2 BOSCO,   TIFFANY & BOSCO, P.A.,   2525 EAST CAMELBACK ROAD,   SUITE 300,
               PHOENIX, AZ 85016-9240
aty         +MARK 6 BOSCO,   TIFFANY & BOSCO,   2525 EAST CAMELBACK ROAD, STE 300,   PHOENIX, AZ 85016-9240
tr           RUSSELL BROWN,   CHAPTER 13 TRUSTEE,   SUITE 800,   3838 NORTH CENTRAL AVENUE,
               PHOENIX, AZ 85012-1965
tr           S. WILLIAM MANERA,   P.O. BOX 44350,   PHOENIX, AZ 85064-4350
cr        +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
7997628     +ACADEMY COLLECTION SERVICE, INC.,   10965 DECATUR ROAD,   PHILADELPHIA PA 19154-3294
7997629     +AFFILIATED EYE SURGEONS, LTD,   500 WEST THOMAS RD #250,   Phoenix AZ 85013-4291
7997630      AMERICAS SERVICING COMPANY,   P O BOX 10388,   DES MOINES IA 50306-0388
8732321     +ARIZONA DEPARTMENT OF REVENUE,   C/O TAX BK AND COLLECTION SECT.,   1275 W WASHINGTON AVE,
               PHOENIX AZ 85007-2926
7997631     +ARIZONA MEDICAL IMAGING,   PO BOX 14687,   SCOTTSDALE AZ 85267-4687
7997632     +ARIZONA SKIN & LASER THERAPY INSTITUTE,   2121 W INDIAN SCHOOL RD,   Phoenix AZ 85015-4908
7997633     +ARTHUR SITELMAN,   P.O. BOX 82274,   Phoenix AZ 85071-2274
7997634     +ASAN M. ARIFF, MD, PC,   1928 E HIGHLAND AVE, STE F104-624,   Phoenix AZ 85016-0655
8023895     +America's Servicing Company,   Tiffany & Bosco, P.A.,   2525 E. Camelback Rd. Suite 300,
               Esplanade II,   Phoenix, AZ 85016-4237
7997635     +BUREAU OF MEDICAL ECONOMICS,   326 East Coronado Road,   Phoenix AZ 85004-1524
7997636     +CMS,   445 HAMILTON AVE SUITE 1102,   White Plains NY 10601-1832
8030542      Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
               Greenville, SC 29603-0390
7997637   ++++EMERGENCY PROFFESIONAL SERVICES,   PO BOX 1060,   SCOTTSDALE AZ 85252-1060
             (address filed with court: EMERGENCY PROFFESIONAL SERVICES,   PO BOX 1649,   SCOTTSDALE AZ 85252)
7997638     +J&J 'E' DENTAL,   5501 N 19TH AVE,   Phoenix AZ 85015-2450
7997640      SOUTHWEST DIAGNOSTIC IMAGING,   P O BOX 849753,   DALLAS TX 75284-9753
8160882     +U.S. Bank National Association,   Tiffany & Bosco, P.A.,   2525 E. Camelback Rd. Suite 300,
               Esplanade II,   Phoenix, AZ 85016-4237
8353167     +U.S. Bank National Association, as Trustee for the,   , C/O MARK S. BOSCO,
               2525 E. CAMELBACK RD. SUITE 300,   PHOENIX, AZ 85016-4237
7997641     +VASCULAR SURGERY SPECIALISTS PC,   2601 NORTH 3RD ST STE 203,   Phoenix AZ 85004-1145
```

The following entities were noticed by electronic transmission on Feb 19, 2010.
```
tr           EDI: FSWMANERA.COM Feb 19 2010 19:08:00   S. WILLIAM MANERA,   P.O. BOX 44350,
               PHOENIX, AZ 85064-4350
smg          EDI: AZDEPREV.COM Feb 19 2010 19:03:00   AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
8248827      EDI: AIS.COM Feb 19 2010 19:08:00   AMERICAN INFOSOURCE LP AS AGENT FOR,
               T MOBILE/T-MOBILE USA INC,   PO Box 248848,   Oklahoma City, OK 73124-8848
8248827      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2010 02:45:38
               AMERICAN INFOSOURCE LP AS AGENT FOR,   T MOBILE/T-MOBILE USA INC,   PO Box 248848,
               Oklahoma City, OK 73124-8848
8036389     +EDI: AZDEPREV.COM Feb 19 2010 19:03:00   ARIZONA DEPARTMENT OF REVENUE,
               SPECIAL OPERATIONS UNIT,   1600 W. MONROE 7TH FLOOR,   PHOENIX, AZ 85007-2612
8105335      EDI: RECOVERYCORP.COM Feb 19 2010 19:08:00   Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank National Association, as Trustee for the
7997639      MAXIMUM SECURITY
cr*         +America's Servicing Company,   Tiffany & Bosco, P.A.,   2525 E. Camelback Rd.,   Suite 300,
               Esplanade II,   Phoenix, AZ 85016-4237
                                                                                               TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**                    **Signature:**        *Joseph Speetjens*