> IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.
>
> The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.
>
> Dated: March 15, 2010
>
> 
>
> _____
> **RANDOLPH J. HAINES**
> U.S. Bankruptcy Judge

1 | JOSEPH W. CHARLES, P.C.
2 | 5704 West Palmaire Avenue
  | Post Office Box 1737
3 | Glendale, Arizona 85311-1737
  | Phone: 623-939-6546
4 | Fax:     623-939-6718
  | Email: LawOffice@joecharles.com

5 | JOSEPH W. CHARLES
6 | State Bar No. 003038
  | Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 13 Proceedings |
|---|---|
| CARMEN ROSA LANTIGUA, | Case No. 2:09-bk-07088-RJH |
| Debtor. | **ORDER TO CONTINUE MEETING OF CREDITORS** |

Pursuant to the Debtor's Motion to Continue Meeting of Creditors, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the March 26, 2010 Meeting of Creditors is hereby vacated.

**IT IS FURTHER ORDERED** that the Meeting of Creditors in the above-captioned matter is reset on April 2, 2010 at 4:00 p.m. in the United States Bankruptcy Court, District of Arizona, U.S. Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, Arizona.

**DONE IN OPEN COURT** this _____ day of _____, 2010.

_____
Honorable Randolph J. Haines
United States Bankruptcy Court

- 1 -